STATE of Missouri, Respondent,

v.

Andrew S. BROWN, Appellant.

No. WD 63748.

Missouri Court of Appeals,
Western District.

April 12, 2005.

Craig Allan Johnston, Asst. Public Defender, Columbia, MO, joins on the briefs for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shawn L. Naccarato, Asst. Attorney General, Jefferson City, MO, joins on the briefs for Respondent.

Before ROBERT G. ULRICH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

*Order*

PER CURIAM.

Andrew Brown appeals his conviction of one count of the class B felony of distribution of a controlled substance, § 195.211, RSMo 2000. He contends the trial court erred in allowing evidence of uncharged crimes to be introduced. Having considered the contentions on appeal, we find no ground for reversing the conviction. A formal opinion would lack jurisprudential value. We affirm. Rule 30.25(b).